

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2014

No. 04-14-00351-CV

Joshua M. **HINSON** and Louise Hinson,
Appellants

v.

Don **LEESEBURG** and Carla M. Leeseburg,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16610
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

In this restricted appeal, the appellate record was complete on June 18, 2014; Appellants' brief is due to be filed by July 18, 2014. *See* TEX. R. APP. P. 38.6(a).

On June 24, 2014, Appellants filed a motion for extension of time to file the brief. In their motion, Appellants state the parties have agreed to mediate this dispute, and they require sixty days for discovery and negotiations.

On the court's own motion, we ABATE this appeal for a period not to exceed SIXTY DAYS from the date of this order to allow the parties to reach a settlement. *See id.* R. 2; *Transport Ins. Co. v. Faircloth*, 898 S.W.2d 269, 280 (Tex. 1995) (public policy favors settlements).

We ORDER Appellants to file in this court within SIXTY DAYS of the date of this order (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so that the appeal may proceed. Appellants' motion for extension of time to file the brief is MOOT.

All other appellate deadlines are SUSPENDED pending further order of this court.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2014.



Keith E. Hottle
Clerk of Court